**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Ricardo ROMERO-MESA,**
**Defendant-Appellant.**

**No. 17-10474**
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(July 10, 2017)

Karin Bethany Hoppmann, Arthur Lee Bentley, III, James A. Muench, Amanda Lynn Riedel, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Before TJOFLAT, WILLIAM PRYOR and ROSENBAUM, Circuit Judges.

PER CURIAM:

Victor D. Martinez, appointed counsel for Ricardo Romero-Mesa in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Romero-Mesa's conviction and sentence are **AFFIRMED**.